# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mariama Moore, | Case No. 23-cv-1258 (KMM/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Hellmuth & Johnson, | |
| Defendant. | |

This matter is before the Court on Plaintiff Mariama Moore's Application to Proceed In Forma Pauperis on Appeal and her Second Application to Proceed In Forma Pauperis on Appeal. [Dkt. Nos. 8, 10.] Ms. Moore filed two notices of appeal regarding this Court's dismissal of her Complaint without prejudice for failure to allege any facts to support her employment discrimination claims. [Dkt. Nos. 7, 9.]

Under 28 U.S.C. § 1915, the Court may authorize a party to proceed on appeal without prepayment of fees, costs, or security, on the affidavit of a party testifying that she is unable to pay such costs, describing the nature of the appeal and her belief that she is entitled to redress. Based on a review of the record, the Court concludes that Plaintiff should be allowed to proceed with her appeal in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's two applications to proceed in forma pauperis on appeal [Dkt. Nos. 8, 10] are **GRANTED**.

Date: May 31, 2023

*s/ Katherine Menendez*
Katherine Menendez
United States District Judge